

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Ditech Financial LLC

In Re:

      Pritti, Stephen P.

**Order Filed on February 6, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:      14-11928 JNP

Chapter: 13

Hearing Date:

Judge:  Jerrold N. Poslusny Jr.

# ORDER  APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 6, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

Upon the motion of Ditech Financial LLC., to Approve Loan Modification

Agreement as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** the Loan Modification is hereby APPROVED with regard to the

following:

■        Real Property More Fully Described as:

**Land and premises commonly known as 137 Westminister Avenue, Marlton, NJ
08053**

☐        Personal Property More Fully Describes as:

**IT IS FURTHER ORDERED THAT** the event a loan modification is completed and the pre-petition

arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend

the arrearage portion of its proof of claim to zero within thirty (30) days of completion of the loan

modification; and

The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of

the loan modification and all money that would otherwise be paid to the secured creditor be held until the

claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not

consummated; and

In the event that the modification is not consummated, the secured creditor shall notify the

Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending the completion

of the modification shall be paid to the secured creditor; and

In the event the Proof of Claim is withdraw or amended, the Trustee may disburse the funds being

held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

Debtor shall filed a Modified Chapter 13 Plan and Amended Schedule J within twenty (20) days

of the date of this Order.

With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for

creditor's attorney fees which are being capitalized into the loan, secured creditor will amend any and all

post-petition orders or claims within 30 days after completion of the loan modification.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-11928-JNP
Stephen P Pritti                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Feb 07, 2017
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db              +Stephen P Pritti,   137 Westminster Avenue,   Marlton, NJ 08053-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
          Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
           collections@peterliska.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc..
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Debtor Stephen P Pritti ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
                                                                      TOTAL: 7