Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  14−11928−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephen P Pritti
  137 Westminster Avenue
  Marlton, NJ 08053
Social Security No.:
  xxx−xx−5738

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 17, 2014.

On February 13, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                     March 15, 2017
Time:                     09:00 AM
Location:              4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
        a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
        of a secure claim, such holders acceptance or rejection of the Plan before modification will
        be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
        holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
        the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 14, 2017
JAN: def

Jeanne Naughton
Clerk