# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–11928–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephen P Pritti
137 Westminster Avenue
Marlton, NJ 08053

Social Security No.:
xxx–xx–5738

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 17, 2014.

On February 13, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              March 15, 2017
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 14, 2017
JAN: def

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                            Case No. 14-11928-JNP
Stephen P Pritti                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2017
                             Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
```
db            +Stephen P Pritti,    137 Westminster Avenue,    Marlton, NJ 08053-1669
514560034     +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,   766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
514507892      Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
514703742     +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514507893     +Cap One,    ATTENTION: HSBC RETAIL SERVICES,    Po Box 5264,   Carol Stream, IL 60197-5264
514507894      Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
514556489     +DELBERT SERVICES CORPORATION,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514507896     +Delbert Services,    PO Box 4730,   Anaheim, CA 92803-4730
516521209     +Ditech Financial LLC,    Robertson, Anschutz & Schneid PL,    Bankruptcy Department,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514507898     +Gecrb/specialized,    Attn: HSBC Retail Services,    PO Box 5264,   Carol Stream, IL 60197-5264
514507899      Mariner Finance,    PO Box 35394,   Dundalk, MD 21222-7394
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2017 22:38:08      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2017 22:38:05      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514507891     +E-mail/Text: bankruptcycare@affinityfcu.com Feb 14 2017 22:37:48      Affinity Fcu,
                73 Mountainview Blvd.,    Basking Ridge, NJ 07920-2332
514690612      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2017 22:42:41
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
514770156     +E-mail/Text: bankruptcy@cavps.com Feb 14 2017 22:38:20      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514507895     +E-mail/Text: creditonebknotifications@resurgent.com Feb 14 2017 22:37:35      Credit One Bank,
                Po Box 98873,   Las Vegas, NV 89193-8873
516633018      E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2017 22:37:53      Ditech Financial LLC,
                PO BOX 6154,   Rapid City, SD 57709-6154
514507897     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2017 22:42:25      Gecrb/pep Boys,
                C/o Po Box 965036,   Orlando, FL 32896-0001
514822188      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2017 22:36:30
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
514800354      E-mail/Text: bkr@cardworks.com Feb 14 2017 22:37:28      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
514507900     +E-mail/Text: bkr@cardworks.com Feb 14 2017 22:37:28      Merrick Bank,    ATTN: BANKRUPTCY,
                P.o. Box 9201,   Old Bethpage, NY 11804-9001
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,   766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
514548120    ##+MARINER FINANCE, LLC,    3301 BOSTON ST., STE 201,    BALTIMORE, MD 21224-4979
514507901     ##Verizon Bankruptcy Department,    PO Box 3037,   Bloomington, IL 61702-3037
514507902     ##Verizon Wireless Bankruptcy Department,    PO Box 3397,   Bloomington, IL 61702-3397
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                        Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Feb 14, 2017
                              Form ID: 185             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
               collections@peterliska.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc..
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lee Martin Perlman     on behalf of Debtor Stephen P Pritti ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
                                                                                             TOTAL: 7
```